



## MEMORANDUM OPINION

No. 04-11-00117-CV

Whitney Cordell **SELLERS**,
Appellant

v.

**SAN ANTONIO FAMILY ENDEAVORS, INC.** & The Fairweather Lodge Program,
Appellees

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 359758
Honorable Irene Rios, Judge Presiding

PER CURIAM

Sitting:  Catherine Stone, Chief Justice
Karen Angelini, Justice
Sandee Bryan Marion, Justice

Delivered and Filed:  May 11, 2011

DISMISSED

The parties have filed a joint motion indicating that they have fully resolved and settled all issues in dispute.  Because the parties have reached a final settlement of all issues raised in this appeal, they ask that we dismiss this appeal.  *See* TEX. R. APP. P. 42.1(a)(2).  The parties' motion to dismiss is granted, and this appeal is dismissed.  Costs of appeal are taxed against the party who incurred them.

PER CURIAM